

FILED

MAR - 8 2012

CLERK
EASTERN DISTRICT COURT
DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | No. 1:03-MJ-02322 DLB |
| ) | |
| vs. ) | |
| ) | ORDER OF RELEASE |
| CHRISTOPHER D. WIDENER, ) | |
| ) | |
| Defendant. ) | |

The above named defendant having been sentenced on March 8, 2012.

IT IS HEREBY ORDERED that the defendant shall be released on March 8, 2012 due to credit for time served. A certified Judgment and Commitment order to follow.

DATED: March 8, 2012

DENNIS L. BECK
U.S. Magistrate Judge

1